UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PFITZER, AKA PAMELA EBERT,<br><br>          Plaintiff,<br><br>     v.<br><br>MANN BRACKEN LLP, ET AL.,<br><br>          Defendants.<br>_____/ | No. 2:09-cv-02634-MCE-KJN<br><br><br>ORDER CONTINUING TRIAL |

    YOU ARE HEREBY NOTIFIED the July 9, 2012 jury trial is vacated and continued to **January 28, 2013,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **November 15, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the May 10, 2012 Final Pretrial Conference is vacated and continued to **November 29, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **November 8, 2012** and shall comply with the procedures outlined in the Court's November 19, 2009 Pretrial Scheduling Order.

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **November 8, 2012**. Oppositions must be filed by **November 15, 2012** and any reply must be filed by **November 21, 2012**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: January 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE