1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    PAMELA PFITZER, aka PAMELA              No.  2:09-cv-02634-MCE-AC
      EBERT,
12
                      Plaintiff,
13                                            **ORDER**

             v.
14

15    BENEFICIAL CALIFORNIA, INC., ET.
      AL.,

16                    Defendant.

17

18         On December 23, 2013, Plaintiff Pamela Pfitzer, ("Plaintiff"), filed a notice of

19   voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)[1] as to all claims in

20   this action without prejudice as to Defendants Mann Bracken LLP, ("Mann Bracken"),

21   and Cheryl E. Rose, Receiver for Mann Bracken LLC, ("Receiver").  Notice, Dec. 23,

22   2013, ECF No. 53.[2]  Under Rule 41(a)(1)(A)(i), a plaintiff may dismiss an action without a

23   court order by filing a notice of dismissal before the opposing party serves either an

24   answer or a motion for summary judgment.  Fed. R. Civ. P. 41.

25

26         [1] All further references to "Rule" or "Rules" are to the Federal Rules of Civil Procedure unless
      otherwise stated.

27         [2]The Court dismissed all claims against Defendant Beneficial California, Inc. in this matter on
      6/11/2010.  ECF No. 36, 39.  Accordingly, the only remaining Defendants in this action are Mann Bracken
28   and its Receiver.  See ECF No. 52.

                                            1

1       On December 27, 2013, in response to this Court's Order to Show Cause (ECF

2   Nos. 51, 52), the Receiver informed the Court that "[d]espite having a good faith

3   defense, the Receiver has not retained local counsel to defend the action since there are

4   insufficient funds to pay all claims in full AND the Plaintiff's claim would be addressed in

5   the Receivership proceeding after a claim is filed."  Response, Dec. 27, 2013, ECF No.

6   55 (emphasis in original).  Although the Receiver asserted that the Receivership Estate

7   of Mann Bracken may have a good faith defense to Plaintiff's claim, neither Mann

8   Bracken LLP nor its Receiver filed an answer or a motion for summary judgment in

9   response to Plaintiff's Complaint.  Id.; see ECF Nos. 52, 53, 55.  Therefore, this Court

10   may dismiss this action pursuant to Rule 41(a)(1)(A)(i).

11       In light of Plaintiff's request for voluntary dismissal (ECF No. 53), on the Court's

12   own motion pursuant to Rule 41(a)(1)(A)(i), this Court DISMISSES without prejudice

13   Plaintiff's claim against Mann Bracken and its Receiver.  The Clerk of the Court is

14   directed to CLOSE this case.

15       IT IS SO ORDERED.

16   Dated:  December 31, 2013

17

18

19   _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE

20       UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28